JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORY R. M.,[1] <br><br>             Plaintiff, <br><br>      v. <br><br> MARTIN O'MALLEY, <br> Commissioner of Social Security, <br><br>             Defendant. | Case No. 2:22-cv-09087-RGK-JC <br><br> ~~(PROPOSED)~~ <br><br> JUDGMENT |

  IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: 2/23/2024

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

---

  [1]Plaintiff's name is partially redacted to protect plaintiff's privacy in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.